**THIS FORM MUST BE FILED IN PAPER FORMAT AND CANNOT BE FILED ELECTRONICALLY**

**IMPORTANT: RETURN THIS FORM TO THE CLERK'S OFFICE PROMPTLY, BUT NOT LATER THAN TWENTY DAYS AFTER YOUR APPEARANCE, ANSWER OR RESPONSIVE PLEADING**

RECEIVED
BY MAIL

JUN 2 4 2009

U. S. OISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN 2 4 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| DONALD E. STAHL, AND WILLIAM DEMSAR | ) |
| Plaintiff(s), | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) Case No. 4:09-CV-00712 FRB |
| | ) |
| CITY OF ST. LOUIS | ) |
| Defendant(s), | ) |

## CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned (party*) (counsel of record for __City of St. Louis__) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgement, with direct review by the Eighth Circuit Court of Appeals if an appeal is filed.

Date: __June 22, 2009__

Signature
Print Name: __Daniel J. Emerson__

## DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned (party*) (counsel of record for __City of St. Louis__) in the above-captioned civil matter hereby acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: __June 22, 2009__

Signature
Print Name: __Daniel J. Emerson__

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this cause, this __22ND__ day of __JUNE__, 20__09__

Signature

**Corporations may execute only by counsel**



SQLITE

**LAW DEPARTMENT**
CITY OF ST. LOUIS
1200 MARKET STREET, ROOM 314
ST. LOUIS, MO 63103-2864

RECEIVED
BY MAIL

JUN 2 4 2009

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS


RETURN SERVICE
REQUESTED



PRESORTED
FIRST CLASS



UNITED STATES POSTAGE

02 1M
0004252426   JUN 22 2009
$ 00.357
PITNEY BOWES
MAILED FROM ZIP CODE 63103

US DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
111 SOUTH TENTH STREET
ST LOUIS MO 63102
ATTN  CLERK JAMES  G  WOODWARD

FGGPO31 63102

RECEIVED
BY MAIL

MAY 2 2 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**IMPORTANT: RETURN THIS FORM TO THE CLERKS'S OFFICE PROMPTLY, BUT NOT LATER THAN TWENTY DAYS AFTER YOUR APPEARANCE, ANSWER OR RESPONSIVE PLEADING**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

Stahl, et. al.

Plaintiff(s),

vs.

City of St. Louis

Defendant(s),

)
)
)
)
)
)
)
)
)
)

FILED

MAY 2 2 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

Case No. 4: 09-CV-712 FRB

## CONSENT TO JURISDICTION BY
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned (party*) (counsel of record for __Plaintiffs__) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgement, with direct review by the Eighth Circuit Court of Appeals if an appeal is filed.

Date: 5/20/09

Signature

Print Name: ANTHONY E. ROTHERT

## DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned (party*) (counsel of record for _____) in the above-captioned civil matter hereby acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

Signature

Print Name: _____

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this cause, this _20th_ day of _May_, 20_09_.

Signature

*Corporations may execute only by counsel

American Civil Liberties Union
of Eastern Missouri
454 Whittier Street
St. Louis, MO 63108



ACLU
AMERICAN CIVIL LIBERTIES UNION
of EASTERN MISSOURI

Thomas F. Eagleton Courthouse
Jim Woodward
111 S. 10th St., Suite 3.300
St. Louis, MO 63102

UNITED STATES POSTAGE

02 1P
00039901509 MAY 20 2009
MAILED FROM ZIP CODE 63108

$ 000.44°
PITNEY BOWES

RECEIVED
BY MAIL
MAY 2 2 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

63102&1125 C009