UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD E. STAHL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.   4:09CV712 FRB |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with plaintiff William Demsar and defendant City of St. Louis' Stipulation for Dismissal of William Desmar as a Plaintiff [Doc. # 16],

**IT IS HEREBY ORDERED** that William Demsar is dismissed, without prejudice, as a plaintiff in this cause.  The matter will continue to proceed on the claims of Donald E. Stahl, who remains a plaintiff in the cause.

_Frederick R. Buckles_

FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE

Dated this *12th* day of April, 2010.